Jeffrey I. Hasson
Attorney at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR  97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Washington State Bar No. 23741
Attorney for Defendant Washington Collectors Tri-Cities, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| JANET STULL, | Case No.: CV-09-5104-EFS |
|---|---|
| Plaintiff, | ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM OF DEFENDANT WASHINGTON COLLECTORS TRI-CITIES, INC. |
| vs. | |
| WASHINGTON COLLECTORS TRI-CITIES, INC., | |
| Defendant. | |

COMES NOW Washington Collectors Tri-Cities, Inc. (WC), without waiving any objections, rights, and defenses relating to jurisdiction and process, hereby answers Plaintiff's complaint as follows:

I.  ANSWER

1.1.    WC admits this is an action for damages and remedies against defendant

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM OF DEFENDANT WASHINGTON COLLECTORS TRI-CITIES, INC. - 1
Case No. CV-09-5104-EFS
m:\6725\0005\p-answer.doc

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  pursuant to the named statutes, and denies liability, and denies the remaining

2  allegations contained in Paragraph 1 of Plaintiff's Complaint.

3      1.2.    WC admits this Court has jurisdiction over claims under the Fair Debt

4  Collection Practices Act, 15 USC § 1692 et seq. (FDCPA), but denies liability under

5  the same, and, by that reason there is no subject matter jurisdiction, and therefore

6  denies the remaining allegations contained in Paragraph 2 of Plaintiff's Complaint.

7      1.3.    WC admits plaintiff resides within the jurisdiction of this Court, and

8  that venue is proper in this District, and denies the remaining allegations contained in

9  Paragraph 3 of Plaintiff's Complaint.

10      1.4.    WC admits Plaintiff is a debtor as defined by RCW § 19.16.100(11),

11  and lacks sufficient information to determine the truth or falsity of the remaining

12  allegations in Paragraph 4 of Plaintiff's Complaint, and therefore denies the same.

13      1.5.    WC admits WC was a company engaged, by use of the mails and

14  telephone, in the business of attempting to collect a debt, but lacks sufficient

15  information to determine the truth or falsity of the remaining allegations in Paragraph

16  5 of Plaintiff's Complaint, and therefore denies the same.

17      1.6.    WC admits the allegations contained in Paragraph 6 of Plaintiff's

18  Complaint.

19      1.7.    WC admits contacting Plaintiff, and denies the remaining allegations

20  contained in Paragraph 7 of Plaintiff's Complaint.

21      1.8.    WC denies allegations contained in Paragraph 8 of Plaintiff's

22  Complaint.

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM OF DEFENDANT WASHINGTON COLLECTORS TRI-CITIES, INC. - 2
Case No. CV-09-5104-EFS
m:\6725\0005\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.9.    WC denies allegations contained in Paragraph 9 of Plaintiff's Complaint.

1.10.    WC admits and denies the allegations made in Paragraph 10 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.9 above.

1.11.    WC admits and denies the allegations made in Paragraph 11 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.10 above.

1.12.    WC admits and denies the allegations made in Paragraph 12 of Plaintiff's Complaint as set forth in Paragraphs 1.1 through 1.11 above.

1.13.    Except as so admitted, WC denies each and every allegation in Plaintiff's Complaint.

## II. AFFIRMATIVE DEFENSES

Having answered Plaintiff's complaint, WC alleges the following affirmative defenses.

2.1.    **Failure to State Claims**.

2.2.    **Failure to Join Real Party in Interest**.

2.3.    **Lack of Subject Matter Jurisdiction**.

2.4.    **Lack of Pendant Jurisdiction**.

2.5.    **Bonafide Error.**

## III.    COUNTERCLAIM

3.1    **Attorney Fees.**  Upon information and belief, Plaintiff's complaint was commenced in bad faith and for the purpose of harassment.  As a result, Defendant is entitled to its reasonable attorney fees.

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM OF DEFENDANT WASHINGTON COLLECTORS TRI-CITIES, INC. - 3
Case No. CV-09-5104-EFS
m:\6725\0005\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

## IV. PRAYER

Wherefore having fully answered Plaintiff's complaint, having interposed affirmative defenses, WC pray for the following relief:

4.1.   Dismissal of the Action with prejudice, and with costs and attorney fees to WC.

4.2.   For such other and further relief as may be provided by law.

Dated   January 26, 2010.

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
WSBA No. 23741
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Telephone:  (503) 255-5352
Fax:  (503) 255-6124
E-Mail:  hasson@dhlaw.biz

**Attorney for WC**

ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM OF DEFENDANT WASHINGTON COLLECTORS TRI-CITIES, INC. - 4
Case No. CV-09-5104-EFS
m:\6725\0005\p-answer.doc

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124