UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| **JANET STULL**, | ) Case No. 2:09-cv-05104-EFS |
| Plaintiff, | ) |
|  | ) **ORDER CLOSING FILE** |
| vs. | ) |
| **WASHINGTON COLLECTORS TRI-CITIES, INC.**, | ) |
| Defendant. | ) |

   IT IS HEREBY ORDERED that the parties Motion for Dismissal with Prejudice is hereby GRANTED.  This file shall be CLOSED.

   DATED this  19th  day of  October , 20 10 .

                                           s/ Edward F. Shea
                                    ———————————————
                                    Honorable . Edward F. Shea
                                    United States District Judge

1